# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| CLAYTON WADE LEVEKE, <br><br> Plaintiff, <br><br> vs. <br><br> HELENA AGRI-ENTERPRISES, LLC, <br><br> Defendant. | Case No. _21-343_____ <br><br><br> **NOTICE OF REMOVAL** |

Defendant, Helena Agri-Enterprises, LLC, ("Defendant") removes this action to the United States District Court for the Southern District of Iowa, Central Division. In support of its removal, Defendant states:

1. On September 21, 2021, *pro se* Plaintiff Clayton Leveke filed a Petition at Law in the Iowa District Court for Polk County ("Iowa District Court") against Defendant, captioned *Clayton Wade Leveke v. Helena Agri-Enterprises*,[1] 05771 LACL151541. A true and correct copy of the Petition is attached hereto as Exhibit A.

2. Also, on September 21, 2021, Plaintiff filed an Application to Defer Filing Fees. A true and correct copy of the Application to Defer Filing Fees is attached hereto as Exhibit B.

3. On September 28, 2021, the Iowa District Court granted Plaintiff's Application to Defer Filing Fees. The Iowa District Court deferred payment of any fees, costs, and security until the final decision of the present case. Finally, the Iowa District Court ordered the Polk County Sheriff to serve Plaintiff's petition, all orders, and decrees. A true and correct copy of the Iowa District Court's Order to Defer Payment of Cost is attached hereto as Exhibit C.

---

[1] Defendant is properly identified as Helena Agri-Enterprises, LLC.

4. Also on September 28, 2021 the Iowa District Court filed and Order informing Plaintiff that as a *pro se* litigant, he was encouraged to obtain counsel, and advised that the court was "paperless." A true and correct copy of the Iowa District Court's Order to Self-Represented Litigants is attached hereto as Exhibit D.

5. An Original Notice was not filed.

6. On or about October 5, 2021, the Polk County Sheriff filed a Return of Service. The Return indicates that on October 4, 2021, the Polk County Sheriff only served the Iowa District Court's Order to Self-Represented Litigants. A true and correct copy of the purported Polk County Sheriff's Return of Service that was filed with the Iowa District Court is attached hereto as Exhibit E.

7. On or about October 29, 2021, the Iowa District Court issued an "Order to Expedite Disposition." A true and correct copy of that Order is attached as Exhibit F.

8. Apart from the Iowa District Court's Order to Self-Represented Litigants, Defendant has not been served with any other process, pleadings, or orders.

9. The above-entitled action is a civil action in which Plaintiff as a *pro se* litigant, may have asserted the following tort claim or claims:

   a. an allegation of a violation of the Worker Adjustment and Retraining Notification Act in violation of Iowa Code Chapter 84C; and
   b. an allegation of wrongful discharge in violation of public policy arising out of Iowa's Workers' Compensation Act in violation of Iowa Code Chapter 85.21[2].

10. No further proceedings have occurred in the Iowa District Court in and for Polk County in this case.

---

[2] In Plaintiff's Petition, he cites to Iowa Code Section 84C in support of his (apparent) tort allegations and he cites to Iowa Code Section 85.21 to calculate his alleged damages. As pleaded, Plaintiff's reference to Iowa Code Section 85.21 (Iowa's Workers' Compensation Act) is made solely to calculate damages and not as a basis for relief.

11. Plaintiff is currently a citizen and resident of the state of Wyoming, Natrona County and a former employee of Defendant's Des Moines, Iowa location.

12. Defendant, Helena Agri-Enterprises, LLC is a Delaware corporation, with its principal place of business located at 225 Schilling Boulevard, Suite 300, Collierville, Tennessee 38017.

13. Defendant Helena has a single and sole member: Marubeni America Corporation.

14. Marubeni America Corporation is organized under the laws of New York, with a principal place of business located at 375 Lexington Avenue, New York, New York 10017.

15. There is complete diversity of citizenship between Plaintiff and Defendant.

16. Plaintiff seeks damages in the amount of $1,356,696.59, as set forth on page 2 of his Petition. Plaintiff has thus pleaded that his damages exceed $75,000.00. Accordingly, the amount in controversy in this matter, exclusive of interest and costs, exceeds $75,000.00.

17. This Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1332(a)(1) and, therefore, it may properly be removed to this court pursuant to 28 U.S.C. § 1441(b).

18. This Notice is filed with the court within thirty days after Defendant received notice of the claims, although Defendant has not yet been served.

19. A copy of this Notice of Removal is being filed with the Iowa District Court in and for Polk County.

20. By filing this Notice of Removal, Defendant does not waive any defenses available to it under Federal Rule of Civil Procedure 12(b).

WHEREFORE, Defendant, Helena Agri-Enterprises, LLC gives notice of the removal of the above-entitled action from the Iowa District Court in and for Polk County to the United States District Court for the Southern District of Iowa.

/s/ Kevin B. Patrick
Kevin B. Patrick AT0011395
NYEMASTER GOODE, P.C.
700 Walnut, Suite 1600
Des Moines, IA 50309
Telephone: (515) 283-3135
kpatrick@nyemaster.com

Frances M. Haas, AT0009838
NYEMASTER GOODE, P.C.
625 First Street SE, Suite 400
Cedar Rapids, IA 52401
Telephone: (319) 286-7000
fmhaas@nyemaster.com

**ATTORNEYS FOR DEFENDANT
HELENA AGRI-ENTERPRISES, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Clayton Wade Leveke
2760 South Robertson Road Lot 69
Casper, WY 82604
**PRO SE PLAINTIFF**

/s/ Anita M. Cathcart